United States Bankruptcy Court
Northern District of Florida

In re:                                                          Case No. 12-31373-KKS
Sean W. Lee                                                     Chapter 13
Melody B. Lee
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1129-3          User: cromine          Page 1 of 1          Date Rcvd: Dec 22, 2014
                              Form ID: pdf002        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2014.
db/jdb       +Sean W. Lee,   Melody B. Lee,   3899 Oakus Dr,   Milton, FL 32583-5549
cr          ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court: AmeriCredit Financial Services, Inc.,   PO Box 183853,
             Arlington, TX  76096)
cr           +Wells Fargo Bank NA,   PO BOX 10438,   Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2014 at the address(es) listed below:
        Leigh D. Hart    ldhdock@earthlink.net,   ldhtre@earthlink.net;ldhadmin@earthlink.net
        Martin S. Lewis    on behalf of Debtor Sean W. Lee landj@4-debtor.com
        Martin S. Lewis    on behalf of Joint Debtor Melody B. Lee landj@4-debtor.com
        United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
                                                                                TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:

                                   CASE NO.: 12-31373-KKS
                                   CHAPTER 13

SEAN W. LEE
MELODY B. LEE

      Debtors      /

**ORDER DENYING CHAPTER 13 TRUSTEE'S**
**MOTION TO DISMISS WITH CONDITIONS (Docket No. 81)**

      **THIS CAUSE,** having come before the Court upon the Chapter 13 Trustee's Motion to Dismiss (Docket No. 81), and the Court having reviewed the file, and being otherwise fully advised in the premises;

      **IT IS ORDERED** that:

      1.   The Trustee's Motion to Dismiss is DENIED, provided the Debtor(s) complies with the condition(s) in this Order.

      2.   The Debtor(s)' confirmed Plan is hereby modified as follows:

      A.   In order to repay the tax refund received by the Debtor(s) for tax year 2013 in the amount of $3,179.00, commencing with the payment due January 14, 2015, the Debtor(s) shall submit $93.50 each month, in addition to the regular scheduled Plan payment of $641.00, for a total Plan payment of $734.50 through October 2017.

      B.   The additional payments totaling $3,179.00 shall be added to the confirmed Plan base of $41,336.00 (which includes the 2012 tax refund of $3,884.00) for a new total Plan base of $44,515.00.

      3.   If the Debtor(s) fails to comply with the aforementioned provision(s), the

Trustee shall submit a Notice of Failure to Comply with Order on Motion to Dismiss, and

the Court shall enter an Order Dismissing Case without further notice or hearing.

**DONE AND ORDERED** this __22nd__ day of __December_____, 2014.

_____
KAREN K. SPECIE
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER PREPARED BY:

LEIGH D. HART, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 646
TALLAHASSEE, FL   32302