FORM nttrcnn (Rev 05/13)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

In Re:  Sean W. Lee
    SSN/ITIN: xxx–xx–0128
    Debtor
Melody B. Lee
    SSN/ITIN: xxx–xx–8836
    Joint Debtor

Bankruptcy Case No.:  12–31373–KKS

Chapter:  13
Judge:  Karen K. Specie

## *NOTICE OF TRANSFER OF CLAIM*

Claim Number 26 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on December 11, 2015.

*Name and Address of Alleged Transferor:*
Santander Consumer USA Inc., DBA Flagship Credit Corporation, PO Box 961245, Fort Worth, TX 76161

*Name and Address of Transferee:*
Quantum3 Group LLC as agent for NCEP LLC, PO Box 788, Kirkland, WA 98083–0788

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty–one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: December 14, 2015

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**Service:** Service by the Court pursuant to applicable Rules.